# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOSEPH D. LENTO, ESQ. and
LENTO LAW FIRM, LLC

**(b)** County of Residence of First Listed Plaintiff: Gloucester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
SAMUEL D. JACKSON, Esquire
LENTO LAW GROUP, P.C.
3000 Atrium Way - Suite 200
Mount Laurel, NJ 08054
(T) (856) 652-2000 | (F) (856) 375-1010

## DEFENDANTS
KEITH ALTMAN, ESQ.; THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW"; ANTOINETTE MONK; ARI KRESCH; RICHARD GILL; JOHN DOES 1-10; ABC BUSINESS ENTITIES 1-10

County of Residence of First Listed Defendant: OAKLAND, MI
*(IN U.S. PLAINTIFF CASES ONLY)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1
Citizen of Another State: DEF [X] 2 (Incorporated and Principal Place of Business In Another State)

## IV. NATURE OF SUIT
[X] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 U.S.C. § 1964(c)
Brief description of cause: Police brutality matter by New Jersey State Troopers

## VII. REQUESTED IN COMPLAINT:
DEMAND $ $1,000,000.00
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: *(signature)* Sam Jackson
DOCKET NUMBER:

DATE: 08/01/2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE