# EXHIBIT A

| | |
|---|---|
| **From:** | Samuel Jackson |
| **To:** | Keith Altman |
| **Cc:** | John Groff; Joseph Lento; Julita Krzton; Lorry Hearn |
| **Subject:** | FW: Joseph D. Lento v. Keith Altman, Civ. 22-2840 (RBK) |
| **Date:** | Tuesday, August 2, 2022 2:57:43 PM |

Dear Mr. Altman,

Please see the message below from the Court. There is an in-person hearing on Thursday morning at 10:30, relating to the above-captioned matter.

Best regards,
Sam



**Samuel D. Jackson, Esquire**
**Litigation Associate**
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
908-543-4456 - Cell
856-652-2000 x476 - Phone
856-375-1010 - Fax
SDJackson@Lentolawgroup.com
www.lentolawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>
**Sent:** Tuesday, August 2, 2022 1:59 PM
**To:** Samuel Jackson <sdjackson@lentolawgroup.com>
**Cc:** Monica Sharma <Monica_Sharma@njd.uscourts.gov>
**Subject:** Joseph D. Lento v. Keith Altman, Civ. 22-2840 (RBK)

Counsel –

The Court has received your complaint and your proposed order to show cause.  A hearing has been scheduled on your request for **Thursday, August 4, 2022 at 10:30AM** in Courtroom 4D of the Camden courthouse.  Judge Kugler has directed that you inform your adversary(ies) of the date and time of this hearing.

Please confirm receipt of this email and your attendance at Thursday's hearing – thank you

Larry MacStravic
Courtroom Deputy to the Hon. Robert B. Kugler, U.S.D.J.
Mitchell S. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, NJ 08101
(856) 757-5433