# Exhibit A

# COMPLAINT

## John Groff <jgroff@lentolawgroup.com>

Mon 8/1/2022 1:05 PM

To: keithaltman@kaltmanlaw.com <keithaltman@kaltmanlaw.com>

Cc: Joseph Lento <jdlento@lentolawgroup.com>;Samuel Jackson <sdjackson@lentolawgroup.com>

📎 1 attachments (971 KB)
2022 - 08-01 - Lento-Altman - FILED COMPLAINT.pdf;