# Exhibit B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual,<br><br>LENTO LAW FIRM, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ALTMAN, ESQ., an individual,<br><br>THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company,<br><br>ANTOINETTE MONK, an individual,<br><br>ARI KRESCH, an individual,<br><br>RICHARD GILL, an individual,<br><br>JOHN DOES 1-10, fictitious individuals, and<br><br>ABC BUSINESS ENTITIES 1-10, fictitious entities,<br><br>Defendants. | Civil Action No.: 1:22-cv-04840<br><br>**CERTIFICATION OF<br>JOSEPH CANNIZZO JR., ESQ.** |

I, Joseph Cannizzo Jr., Esquire, do hereby certify as follows:

1. I am an attorney-at-law of the State of Alabama and am the Alabama Managing Attorney with the Lento Law Group, P.C., attorneys for Plaintiffs, JOSEPH D. LENTO, ESQ. and LENTO LAW FIRM, LLC, in the above-captioned matter.

2. On Monday, August 1, 2022, at approximately 1:00PM Eastern Standard Time, I was present on a telephone call between non-party John Groff, office manager of Lento Law Group, P.C., and Defendant Keith Altman, Esq.

3. The purpose of the telephone call was for Mr. Groff and Defendant Altman to attempt to facilitate an amicably resolution to the herein matter in lieu of the need of further litigation.

4. Defendant Altman did not know I was present on the call, however, Mr. Groff asked that I be a party to the conversation such that I could bear witness to what was said during the call.

5. During the call, at approximately 1:05PM EST, Mr. Groff instructed Defendant Altman to look at his emails as Mr. Groff had indicated that he had just emailed Defendant Altman something he wanted him to look at.

6. It was at that time that Mr. Groff emailed Defendant Altman a copy of Plaintiff's filed Complaint.

7. Upon Defendant Altman's opening of the email and discovering that it contained Plaintiff's Complaint, Defendant Altman remarked, "Oh great, you drafted a Complaint."

8. Defendant Altman opened the Complaint and began reading aloud from the first page.

9. Mr. Groff then asked, "Do you accept service?"

10. At this question, Defendant Altman – not realizing at first that the Complaint had actually been filed – he initially declined to accept service; however, as the conversation continued, Defendant Altman stated, "You know what? Alright, sure, I'll accept service. That's fine."

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 3, 2022                LENTO LAW GROUP, P.C.

*[signature]*

JOSEPH CANNIZZO JR., ESQ.