# Exhibit C

# Samuel Jackson

| | |
|---|---|
| **From:** | Samuel Jackson |
| **Sent:** | Wednesday, August 3, 2022 9:01 PM |
| **To:** | Keith Altman |
| **Subject:** | Lento v. Altman - OTSC & letter |
| **Attachments:** | OTSC & Memo of Law 8-1-22 FILED.pdf; Letter to Altman re Motion 8-3-22.pdf |
| **Importance:** | High |

Mr. Altman,

Please see the attached correspondence regarding your pending motion. Also attached is a copy of Plaintiffs' proposed order to show cause and memorandum of law in support. As two witnesses will attest, on August 1, 2022, you consented to accept service via email, so this email resolves all of your arguments regarding service to the extent they have any merit, which Plaintiffs dispute.

Regards,
Sam



**Samuel D. Jackson, Esquire**
**Litigation Associate**
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
908-543-4456 - Cell
856-652-2000 x476 - Phone
856-375-1010 - Fax
SDJackson@Lentolawgroup.com
www.lentolawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.