IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Joseph D. Lento, Esq., *et al.*, | |
| Plaintiffs, | Civil No. 22-04840 (RBK/EAP) |
| v. | **ORDER** |
| The Law Office of Keith Altman, PLLC., | |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiffs' Proposed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2), which the Court construes as a Motion for a Temporary Restraining Order and Preliminary Injunction, and Defendants' Motion to Adjourn Hearing (ECF No. 5); for the reasons expressed on the record during the hearing on August 4, 2022;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2) is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendants' Motion to Adjourn Hearing (ECF No. 5) is **DENIED**; and

**IT IS FURTHER ORDERED** that the parties have until **Monday, August 8, 2022 at 5:00pm EST** to notify the Court as to whether they have agreed on a mediator to be appointed in this matter. If the parties fail to do so, the Court will appoint a mediator on **Tuesday, August 9, 2022 at 9:00am EST**.

Dated: 08/04/2022

ROBERT B. KUGLER
United States District Judge