UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE

DATE OF PROCEEDING: 08/04/2022

JUDGE ROBERT B. KUGLER

COURT REPORTER:   Sharon Ricci

TITLE OF CASE:                                        DOCKET NO: 22-cv-4840 (RBK)(EAP)

JOSEPH D. LENTO, ESQ. et al.,

    v.

KEITH ALTMAN, ESQ. et al

APPEARANCES:
Samuel Jackson, Esq. for Plaintiffs
Howard Foster, Esq. for Plaintiffs
Keith Altman, Esq. Pro Se

NATURE OF PROCEEDINGS:   MOTION HEARING

.Hearing on Plaintiff's motion for a TRO and Preliminary Injunction, (Docket entry #2) and Defendant's Motion to Adjourn Hearing (Docket entry #5)

Joseph D. Lento sworn for the Plaintiff.

DISPOSITION:

Ordered motions denied.
Order entered.

                                                        s/*David Bruey*
                                                        Deputy Clerk

Time Commenced: 10:30 am.   Time Adjourned: 11:50 p.m.   Total Time in Court: 1 hour, 20 minutes