**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual,<br><br>LENTO LAW FIRM, LLC, a limited liability company,<br><br>                Plaintiffs,<br><br>   v.<br><br>KEITH ALTMAN, ESQ., an individual,<br><br>THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company,<br><br>ANTOINETTE MONK, an individual,<br><br>ARI KRESCH, an individual,<br><br>RICHARD GILL, an individual,<br><br>JOHN DOES 1-10, fictitious individuals, and<br><br>ABC BUSINESS ENTITIES 1-10, fictitious entities,<br><br>                Defendants. | Civil Action No.: 1:22-cv-04840<br><br>**NOTICE OF MOTION**<br>**FOR *PRO HAC VICE* ADMISSION OF**<br>**HOWARD W. FOSTER, ESQ.** |

TO:

    Keith Altman, Esq.
    30474 Fox Club Drive
    Farmington Hills, Michigan 48331
    *Defendant*

    The Law Office of Keith Altman, PLLC
    a/k/a "K Altman Law"
    37555 West 12 Mile Road
    Farmington Hills, Michigan 48331
    *Defendant*
    Antoinette Monk
    33228 W 12th Mile Rd, Ste 375,
    Farmington Hills, Michigan 48331
    *Defendant*

    Ari Kresch
    31460 E. Stonewood Court
    Farmington Hills, Michigan 48334
    *Defendant*

    Richard Gill
    37555 West 12 Mile Road
    Farmington Hills, Michigan 48331
    *Defendant*

**PLEASE TAKE NOTICE** that the undersigned will apply to the above-named Court at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Camden, New Jersey 08101 on Tuesday, September 6, 2022 at 9:00a.m. or as soon thereafter as may be heard, for an Order allowing for the Admission *Pro Hac Vice* of Howard W. Foster, Esquire, pursuant to Fed. R. Civ. P. 78, and L. Civ. R. 101.1(c)(1).

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff's Counsel shall rely upon the Certification of Samuel D. Jackson, Esquire, and the Certification of Howard W. Foster, Esquire, as attached.

Pursuant to Fed. R. Civ. P. 78, the undersigned requests that this matter be submitted to the Court for ruling on the papers unless opposition is filed, in which case, oral argument is specifically requested. A proposed form of Order is annexed hereto.

Dated: August 3, 2022        LENTO LAW GROUP, P.C.

                             _____
                             SAMUEL D. JACKSON, ESQUIRE

I certify that the within Notice of Motion and all supporting documents have been filed and served in the manner and within the time limits prescribed by the Rules.

Dated: August 5, 2022        LENTO LAW GROUP, P.C.

                             _____
                             SAMUEL D. JACKSON, ESQUIRE