**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual,<br><br>LENTO LAW FIRM, LLC, a limited liability company,<br><br>                Plaintiffs,<br><br>    v.<br><br>KEITH ALTMAN, ESQ., an individual,<br><br>THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company,<br><br>ANTOINETTE MONK, an individual,<br><br>ARI KRESCH, an individual,<br><br>RICHARD GILL, an individual,<br><br>JOHN DOES 1-10, fictitious individuals, and<br><br>ABC BUSINESS ENTITIES 1-10, fictitious entities,<br><br>                Defendants. | Civil Action No.: 1:22-cv-04840<br><br>**CERTIFICATION OF**<br>**SAMUEL D. JACKSON, ESQ.**<br>**IN SUPPORT OF MOTION FOR**<br>***PRO HAC VICE* ADMISSION OF**<br>**HOWARD W. FOSTER, ESQ.** |

I, Samuel D. Jackson, Esquire, do hereby certify as follows:

1.     I am an attorney-at-law of the State of New Jersey and am an associate with the Lento Law Group, P.C., attorneys for Plaintiffs, JOSEPH D. LENTO, ESQ. and LENTO LAW FIRM, LLC, in the above-captioned matter. As such, I am fully familiar with the facts contained herein.

2.     I, Samuel D. Jackson, Esq., a member of the bar of this Court, hereby respectfully move for the Admission *Pro Hace Vice* of Howard W. Foster, Esquire.

3.     Howard W. Foster, Esq. is the managing attorney of the law firm Foster, P.C., located at 10 S. Riverside Pl., Suite 875, Chicago, Illinois 60606, and is a member in good standing of the

bar of the State of Illinois, as well as the District of Columbia, and the United States District Court for the Northern District of Illinois.

4.      Mr. Foster has been made fully familiar with facts of this matter and is experienced with handling the legal issues relating to this lawsuit.

5.      Pursuant to L. Civ. R. 101.1(c), I, Samuel D. Jackson, Esq., the attorney of record in this matter, understand that I will continue to serve as counsel of record for the Plaintiffs herein, and will sign all pleadings, briefs, stipulations, and other papers filed with the Court, and will participate in all proceedings. Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

6.      Pursuant to L. Civ. R. 101.1(c), I, Samuel D. Jackson, Esq., further understand that I shall be held responsible for the conduct of this case and for the conduct of the attorney admitted *pro hac vice*.

7.      Mr. Foster agrees to submit to all rules of practice and procedure for this Court, and will work closely with the attorney of record, Samuel D. Jackson, Esq., in connection with this case. *See* Certification of Howard W. Foster, Esq., filed concurrently herewith.

8.      The fee required per L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 will be provided to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the entry of the Court's Order admitting Mr. Foster *pro hac vice*.

9.      Further, payment in the amount of $150.00 shall be made to the Clerk of the United States District Court as per L. Civ. R. 101.1(c)(3) within twenty (20) days of the entry of the Court's Order admitting Mr. Foster *pro hac vice*.

10. WHEREFORE, I, Samuel D. Jackson, Esq., counsel of record for the Plaintiffs herein, respectfully request that this Honorable Court admit Howard W. Foster, Esq., *pro hac vice* pursuant to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 5, 2022        LENTO LAW GROUP, P.C.

_____
SAMUEL D. JACKSON, ESQUIRE
ATTORNEY ID: 130452017
LENTO LAW GROUP, P.C.
3000 ATRIUM WAY – SUITE 200
MOUNT LAUREL, NEW JERSEY 08054
(T) (856) 652-2000
(F) (856) 375-1010
sdjackson@lentolawgroup.com
*Attorney for Plaintiffs Joseph D. Lento, Esq. & Lento Law Firm, LLC*