**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual,<br><br>LENTO LAW FIRM, LLC, a limited liability company,<br><br>     Plaintiffs,<br><br> v.<br><br>KEITH ALTMAN, ESQ., an individual,<br><br>THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company,<br><br>ANTOINETTE MONK, an individual,<br><br>ARI KRESCH, an individual,<br><br>RICHARD GILL, an individual,<br><br>JOHN DOES 1-10, fictitious individuals, and<br><br>ABC BUSINESS ENTITIES 1-10, fictitious entities,<br><br>     Defendants. | Civil Action No.: 1:22-cv-04840<br><br>**ORDER ADMITTING**<br>**HOWARD W. FOSTER, ESQ.**<br>*PRO HAC VICE* |

  This matter having been brought before the Court by Samuel D. Jackson, Esq., counsel for JOSEPH D. LENTO, ESQ. and LENTO LAW FIRM, LLC, the Plaintiffs herein, on application for an Order allowing Howard W. Foster, Esq., to appear and participate in this matter *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and L. Civ. R. 101.1(c)(1); and for good cause shown;

  **IT IS** on this _____ day of _____, 20_____

**ORDERED** that Howard W. Foster, Esq., a member in good standing of the Bar of the State of Illinois and the District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c)(1); and it is further

**ORDERED** that all pleadings, brief, and other papers filed with the Court shall be signed by a member or associate of the law firm of The Lento Law Group, P.C., attorneys of record for the Plaintiffs, who is admitted to the Bar of this Court and who shall be held responsible for said papers, and for the conduct of the case, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Howard W. Foster, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Howard W. Foster, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Howard W. Foster, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Howard W. Foster, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingent Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Howard W. Foster, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
UNITED STATES MAGISTRATE JUDGE