# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual,<br><br>LENTO LAW FIRM, LLC, a limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEITH ALTMAN, ESQ., an individual,<br><br>THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company,<br><br>ANTOINETTE MONK, an individual,<br><br>ARI KRESCH, an individual,<br><br>RICHARD GILL, an individual,<br><br>JOHN DOES 1-10, fictitious individuals, and<br><br>ABC BUSINESS ENTITIES 1-10, fictitious entities,<br><br>    Defendants. | Civil Action No.: 1:22-cv-04840<br><br><br>**CERTIFICATION OF<br>HOWARD W. FOSTER, ESQ.<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR HIS ADMISSION<br>*PRO HAC VICE*** |

I, Howard W. Foster, Esquire, do hereby certify as follows:

1. I am an attorney-at-law of the State of Illinois and the District of Columbia, and am the managing attorney of the law firm Foster, PC.

2. I am fully familiar with the facts of this matter.

3. I submit this Certification in support of the application of the Plaintiffs for my admission *pro hac vice*, as Co-Counsel for the Plaintiffs along with Samuel D. Jackson, Esq., Plaintiffs' Counsel of Record in this matter.

4. I am a member in good standing of the bar in the State of Illinois since 1989.

5.	I am also a member in good standing of the District of Columbia since 1990.

6.	I am also a member in good standing the United States District Court for the Northern District of Illinois.

7.	The name and address of the officials or offices that maintain the roll of such members of the bar listed above are as follows:

>	**Illinois Supreme Court**
>	Office of the Clerk of the Supreme Court
>	Supreme Court Building
>	200 East Capitol
>	Springfield, Illinois 62701-1721
>	(217) 782-2035
>
>	**The District of Columbia Bar**
>	Member Services
>	901 4th Street, NW
>	Washington, D.C. 20001
>
>	**United States District Court for the Northern District of Illinois**
>	Membership Department
>	Dirksen U.S. Courthouse
>	219 S. Dearborn Street
>	Chicago, IL 60604

8.	No disciplinary charges have been filed against me in any jurisdiction, nor has any discipline previously been imposed against me, ever.

9.	Pursuant to L. Civ. R. 101.1(c)(1), I understand that I am required to promptly advise the Court of the disposition of any pending disciplinary charges, or the institution of new charges.

10.	I further understand that I shall be bound by the Federal and Local Rules and am within the disciplinary jurisdiction of this Court throughout the period of my admission *pro hac vice*.

11.	I agree to submit to all rules of practice and procedure for this Court, and will work closely with the attorney of record, Samuel D. Jackson, Esq., in connection with this case.

12.     I certify that I am a member in good standing in the State of Illinois, the District of Columbia, and the United States District Court for the Northern District of Illinois.

13.     The fee required per L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 will be provided to the New Jersey Lawyers' Fund for Client Protection within twenty (20) days of the entry of the Court's Order admitting me *pro hac vice*.

14.     Further, payment in the amount of $150.00 shall be made to the Clerk of the United States District Court as per L. Civ. R. 101.1(c)(3) within twenty (20) days of the entry of the Court's Order admitting me *pro hac vice*.

15.     WHEREFORE, I, Howard W. Foster, Esq., respectfully request that this Honorable Court admit me *pro hac vice* pursuant to the Federal and Local Rules of Civil Procedure as aforecited.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 5, 2022                FOSTER, P.C.

*/s/ Howard Foster*
HOWARD W. FOSTER, ESQUIRE
IL State Bar No. 6201218
10 S. Riverside Pl., Suite 875
Chicago, IL 60606
312.726.1600 (Office)
866.470.5738 (Fax)
hfoster@fosterpc.com


Audit Trail

| | |
|---|---|
| **TITLE** | 2022 - 08-05 - LENTO-ALTMAN - Motion for Pro Hac Vice -... |
| **FILE NAME** | 2022%20-%2008-05%...tification%20.pdf |
| **DOCUMENT ID** | c3f057726b642407f28030a1521a1ae729b7b7e7 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**       **08 / 05 / 2022**       Sent for signature to Howard W. Foster
               19:59:34 UTC             (hfoster@fosterpc.com) from jcannizzo@lentolawgroup.com
                                        IP: 73.197.235.81

**VIEWED**     **08 / 05 / 2022**       Viewed by Howard W. Foster (hfoster@fosterpc.com)
               20:09:00 UTC             IP: 173.9.243.245

**SIGNED**     **08 / 05 / 2022**       Signed by Howard W. Foster (hfoster@fosterpc.com)
               20:10:57 UTC             IP: 173.9.243.245

**COMPLETED**  **08 / 05 / 2022**       The document has been completed.
               20:10:57 UTC

Powered by HELLOSIGN