**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| Joseph D. Lento, Esq., *et al.*, : | |
| Plaintiffs, : | Civil No. 22-04840 (RBK/EAP) |
| v. : | **ORDER** |
| The Law Office of Keith Altman, PLLC., : | |
| Defendants. : | |

**KUGLER**, United States District Judge:

The Court having adopted, by Local Civil Rule 301.1 and Appendix Q, a program for mediation of complex civil actions; it appearing that mediation of this civil action would conserve the resources, and be in the best interests of the Court and the parties; and for good cause appearing,

**IT IS** this 9th day of August 2022,

**ORDERED THAT**:

1. This civil action be, and it hereby is, referred to mediation consistent with Local Civil Rule 301.1 and Appendix Q;

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator, who shall be designated by the Court;

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator;

4. The mediator may meet with counsel and parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only on consent of counsel, except as necessary to advise the Court of an apparent failure to participate.

The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or construed as an admission against interest;

    5.  All discovery proceedings in this civil action are hereby stayed for a period of ninety (90) days from the date hereof except that discovery, as an aid to mediation, may be conducted as agreed to by the mediator and counsel.

Dated:  08/09/2022

/s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge

cc: Hon. Leda Dunn Wettre