AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Joseph D. Lento, Esq., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cv-4840-RBK-EAP |
| Keith Altman Esq., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Law Office of Keith Altman PLLC (a/k/a K Altman Law), Ari Kresch, and Richard Gill   .

Date:   09/19/2022

s/ Solomon Radner
*Attorney's signature*

Solomon Radner, 283502018
*Printed name and bar number*

Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

*Address*

solomonradner@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*