Solomon Radner, Esq. (283502018)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual, LENTO LAW FIRM, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ALTMAN, ESQ., an individual, THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company, ARI KRESCH, an individual, and RICHARD GILL, an individual,<br><br>Defendants. | Civil Action No.: 1:22-cv-04840<br><br>Hon. Robert B. Kugler |

### DEFENDANTS', ARI KRESCH AND RICHARD GILL, MOTION TO DISMISS

Come now Defendants Ari Kresch ("Kresch") and Richard Gill ("Gill") and move this honorable Court for a Motion to Dismiss. In support of said Motion, the Defendants state as follows:

1

1.      Kresch moves to be dismissed based on Plaintiffs', Joseph D. Lento and Lento Law Firm, LLC ("Plaintiffs"), failure to plead any facts, much less with specificity, as to Kresch's actions and/or involvement in the working relationship[1] between Plaintiffs' and Keith Altman and The Law Office of Keith Altman, PLLC ("Altman" and "KA Law").

2.      Gill moves to be dismiss based on Plaintiffs' failure to plead any facts, much less with specificity, as to Gill's actions and/or involvement in the working relationship between Plaintiffs' and Altman and KA Law.

3.      Kresch and Gill are contemporaneously file a Memorandum in Support of this Motion to Dismiss. All supporting facts and relevant case law are set out therein.

WHEREFORE, PREMISES CONSIDERED, Defendants, Kresch and Gill, move this honorable Court based on the facts, evidence and case law set out in the contemporaneously filed Memorandum in Support to Motion to Dismiss requesting dismissal of Kresch and Gill on all counts so pled against them by Plaintiffs, award attorneys' fees and costs, and for all justice to which they are entitled.

Dated: November 14, 2022         Respectfully submitted,

*/s/ Solomon M. Radner*
Solomon M. Radner, Esq. (283502018)
LAW OFFICE OF KEITH ALTMAN

---

[1] The working relationship as defined in the Memorandum in Support of Defendants', Kresch and Gill, Motion to Dismiss.

>33228 West 12 Mile Road, Suite 375
>Farmington Hills, MI 48334
>Telephone: (248) 987-8929
>solomonradner@kaltmanlaw.com
>*Attorney for Defendants*