# EXHIBIT E

# Accounting Receivable Itemization

| Date Split Fee Client Acquired by KA from Lento | Split Fee Client (by initials only for redaction purposes only) | Fees Paid Exclusively to Lento by Split Fee Client | Client Consult Fees Paid Exclusively to Lento | KA's Contracted Fee Percentage | KA's Fees Owed Per Lento/KA Contract | Actual Payment Received by KA from Lento | Fees Owed to KA From Lento Without Salaries (See Total Salaries Below) |
|---|---|---|---|---|---|---|---|
| 12/2/2020 | BJ | $10,000 | | 40% | $4,000 | | 4000 |
| 12/27/2020 | GA | $5,000 | | 40% | $2,000 | | 6000 |
| 6/29/2020 | | | | | | $4,000 | $2,000 |
| 9/8/2020 | | | | | | $7,000 | -$5,000 |
| 9/9/2020 | | | | | | $2,000 | -$7,000 |
| 10/5/2020 | | | | | | $8,000 | -$15,000 |
| 11/30/2020 | | | | | | $20,000 | -$35,000 |
| 1/1/2021 | BG | $15,000 | | 40% | $6,000 | | -$29,000 |
| 1/1/2021 | BR | $10,000 | | 40% | $4,000 | | -$25,000 |
| 1/1/2021 | BC | $10,000 | | 40% | $4,000 | | -$21,000 |
| 1/1/2021 | BK | $15,000 | | 40% | $6,000 | | -$15,000 |
| 1/1/2021 | BK | $5,000 | | 40% | $2,000 | | -$13,000 |
| 1/1/2021 | BE | $15,000 | | 40% | $6,000 | | -$7,000 |
| 1/1/2021 | CA | $10,000 | | 40% | $4,000 | | -$3,000 |
| 1/1/2021 | CC | $7,500 | | 40% | $3,000 | | $0 |
| 1/1/2021 | CJ | $10,000 | | 40% | $4,000 | | $4,000 |
| 1/1/2021 | CT | $7,500 | | 40% | $3,000 | | $7,000 |
| 1/1/2021 | CB | $15,000 | | 40% | $6,000 | | $13,000 |
| 1/1/2021 | CJ | $20,000 | | 40% | $8,000 | | $21,000 |
| 1/1/2021 | DR | $10,000 | | 40% | $4,000 | | $25,000 |
| 1/1/2021 | DR | $5,000 | | 40% | $2,000 | | $27,000 |
| 1/1/2021 | FA | $10,000 | | 40% | $4,000 | | $31,000 |
| 1/1/2021 | FD | $5,000 | | 40% | $2,000 | | $33,000 |
| 1/1/2021 | GM | $2,500 | | 40% | $1,000 | | $34,000 |
| 1/1/2021 | GR | $7,500 | | 40% | $3,000 | | $37,000 |
| 1/1/2021 | GT | $10,000 | | 40% | $4,000 | | $41,000 |
| 1/1/2021 | GK | $15,000 | | 40% | $6,000 | | $47,000 |
| 1/1/2021 | HM | $15,000 | | 40% | $6,000 | | $53,000 |
| 1/1/2021 | HD | $10,000 | | 40% | $4,000 | | $57,000 |
| 1/1/2021 | HJ | $7,500 | | 40% | $3,000 | | $60,000 |
| 1/1/2021 | HJ | $10,000 | | 40% | $4,000 | | $64,000 |
| 1/1/2021 | HJ | $10,000 | | 40% | $4,000 | | $68,000 |
| 1/1/2021 | HM | $10,000 | | 40% | $4,000 | | $72,000 |

| Date | | Amount | % | | Total |
|------|----|--------|-----|--------|---------|
| 1/1/2021 | IS | $15,000 | 40% | $6,000 | $78,000 |
| 1/1/2021 | JT | $10,000 | 40% | $4,000 | $82,000 |
| 1/1/2021 | JB | $7,500 | 40% | $3,000 | $85,000 |
| 1/1/2021 | JA | $4,000 | 40% | $1,600 | $86,600 |
| 1/1/2021 | JG | $15,000 | 40% | $6,000 | $92,600 |
| 1/1/2021 | JS | $10,000 | 40% | $4,000 | $96,600 |
| 1/1/2021 | JM | $7,500 | 40% | $3,000 | $99,600 |
| 1/1/2021 | JS | $10,000 | 40% | $4,000 | $103,600 |
| 1/1/2021 | KY | $15,000 | 40% | $6,000 | $109,600 |
| 1/1/2021 | KR | $10,000 | 40% | $4,000 | $113,600 |
| 1/1/2021 | KM | $10,000 | 40% | $4,000 | $117,600 |
| 1/1/2021 | KU | $10,000 | 40% | $4,000 | $121,600 |
| 1/1/2021 | KJ | $10,000 | 40% | $4,000 | $125,600 |
| 1/1/2021 | KA | $10,000 | 40% | $4,000 | $129,600 |
| 1/1/2021 | KB | $20,000 | 40% | $8,000 | $137,600 |
| 1/1/2021 | KG | $10,000 | 40% | $4,000 | $141,600 |
| 1/1/2021 | LD | $10,000 | 40% | $4,000 | $145,600 |
| 1/1/2021 | LJ | $10,000 | 40% | $4,000 | $149,600 |
| 1/1/2021 | LS | $7,500 | 40% | $3,000 | $152,600 |
| 1/1/2021 | MW | $5,000 | 40% | $2,000 | $154,600 |
| 1/1/2021 | MJ | $10,000 | 40% | $4,000 | $158,600 |
| 1/1/2021 | MR | $15,000 | 40% | $6,000 | $164,600 |
| 1/1/2021 | MC | $10,000 | 40% | $4,000 | $168,600 |
| 1/1/2021 | MA | $3,000 | 40% | $1,200 | $169,800 |
| 1/1/2021 | MA | $10,000 | 40% | $4,000 | $173,800 |
| 1/1/2021 | MS | $10,000 | 40% | $4,000 | $177,800 |
| 1/1/2021 | MR | $10,000 | 40% | $4,000 | $181,800 |
| 1/1/2021 | MJ | $10,000 | 40% | $4,000 | $185,800 |
| 1/1/2021 | MR | $5,000 | 40% | $2,000 | $187,800 |
| 1/1/2021 | MK | $7,500 | 40% | $3,000 | $190,800 |
| 1/1/2021 | MK | $7,500 | 40% | $3,000 | $193,800 |
| 1/1/2021 | MS | $10,000 | 40% | $4,000 | $197,800 |
| 1/1/2021 | MD | $15,000 | 40% | $6,000 | $203,800 |
| 1/1/2021 | ND | $10,000 | 40% | $4,000 | $207,800 |
| 1/1/2021 | NA | $15,000 | 40% | $6,000 | $213,800 |
| 1/1/2021 | NV | $10,000 | 40% | $4,000 | $217,800 |
| 1/1/2021 | NC | $2,500 | 40% | $1,000 | $218,800 |
| 1/1/2021 | OO | $10,000 | 40% | $4,000 | $222,800 |
| 1/1/2021 | OO | $7,500 | 40% | $3,000 | $225,800 |
| 1/1/2021 | OJ | $7,500 | 40% | $3,000 | $228,800 |
| 1/1/2021 | ON | $12,500 | 40% | $5,000 | $233,800 |
| 1/1/2021 | PA | $10,000 | 40% | $4,000 | $237,800 |
| 1/1/2021 | PA | $7,500 | 40% | $3,000 | $240,800 |
| 1/1/2021 | PA | $10,000 | 40% | $4,000 | $244,800 |
| 1/1/2021 | PI | $15,000 | 40% | $6,000 | $250,800 |
| 1/1/2021 | PA | $15,000 | 40% | $6,000 | $256,800 |
| 1/1/2021 | | $20,000 | 40% | $8,000 | $264,800 |

| | | | | |
|---|---|---|---|---|
| 1/1/2021 PK | $15,000 | 40% | $6,000 | $270,800 |
| 1/1/2021 PB | $7,500 | 40% | $3,000 | $273,800 |
| 1/1/2021 RP | $10,000 | 40% | $4,000 | $277,800 |
| 1/1/2021 RB | $10,000 | 40% | $4,000 | $281,800 |
| 1/1/2021 RK | $10,000 | 40% | $4,000 | $285,800 |
| 1/1/2021 RA | $10,000 | 40% | $4,000 | $289,800 |
| 1/1/2021 RB | $15,000 | 40% | $6,000 | $295,800 |
| 1/1/2021 RE | $7,500 | 40% | $3,000 | $298,800 |
| 1/1/2021 RR | $10,000 | 40% | $4,000 | $302,800 |
| 1/1/2021 RS | $10,000 | 40% | $4,000 | $306,800 |
| 1/1/2021 SP | $15,000 | 40% | $6,000 | $312,800 |
| 1/1/2021 SG | $10,000 | 40% | $4,000 | $316,800 |
| 1/1/2021 ST | $5,000 | 40% | $2,000 | $318,800 |
| 1/1/2021 SA | $5,000 | 40% | $2,000 | $320,800 |
| 1/1/2021 SN | $15,000 | 40% | $6,000 | $326,800 |
| 1/1/2021 SC | $10,000 | 40% | $4,000 | $330,800 |
| 1/1/2021 SC | $10,000 | 40% | $4,000 | $334,800 |
| 1/1/2021 SN | $7,500 | 40% | $3,000 | $337,800 |
| 1/1/2021 SR | $10,000 | 40% | $4,000 | $341,800 |
| 1/1/2021 SB | $5,000 | 40% | $2,000 | $343,800 |
| 1/1/2021 SD | $10,000 | 40% | $4,000 | $347,800 |
| 1/1/2021 ST | $10,000 | 40% | $4,000 | $351,800 |
| 1/1/2021 SW | $7,500 | 40% | $3,000 | $354,800 |
| 1/1/2021 SS | $15,000 | 40% | $6,000 | $360,800 |
| 1/1/2021 TQ | $10,000 | 40% | $4,000 | $364,800 |
| 1/1/2021 TK | $22,500 | 40% | $9,000 | $373,800 |
| 1/1/2021 WC | $15,000 | 40% | $6,000 | $379,800 |
| 1/1/2021 WJ | $10,000 | 40% | $4,000 | $383,800 |
| 1/1/2021 WR | $2,500 | 40% | $1,000 | $384,800 |
| 1/1/2021 WD | $10,000 | 40% | $4,000 | $388,800 |
| 1/1/2021 WE | $10,000 | 40% | $4,000 | $392,800 |
| 1/1/2021 WK | $5,000 | 40% | $2,000 | $394,800 |
| 1/1/2021 YD | $5,000 | 40% | $2,000 | $396,800 |
| 1/1/2021 ZM | $5,000 | 40% | $2,000 | $398,800 |
| 1/1/2021 MD | $7,500 | 40% | $3,000 | $401,800 |
| 1/1/2021 DD | $7,500 | 40% | $3,000 | $404,800 |
| 1/1/2021 GN | $7,500 | 40% | $3,000 | $407,800 |
| 1/1/2021 PS | $10,000 | 40% | $4,000 | $411,800 |
| 1/1/2021 ZC | $5,000 | 40% | $2,000 | $413,800 |
| 1/1/2021 MS | $6,000 | 40% | $2,400 | $416,200 |
| 1/1/2021 JN | $10,000 | 40% | $4,000 | $420,200 |
| 1/1/2021 CN | $15,000 | 40% | $6,000 | $426,200 |
| 1/1/2021 EB | $10,000 | 40% | $4,000 | $430,200 |
| 1/1/2021 CE | $10,000 | 40% | $4,000 | $434,200 |
| 1/1/2021 NE | $7,500 | 40% | $3,000 | $437,200 |
| 1/1/2021 SC | $10,000 | 40% | $4,000 | $441,200 |
| 1/1/2021 KB | $7,500 | 40% | $3,000 | $444,200 |

| Date | Init | Amount | % | Amount2 | Credit | Balance |
|---|---|---|---|---|---|---|
| 1/1/2021 | HJ | $10,000 | 40% | $4,000 | | $448,200 |
| 1/1/2021 | VK | $10,000 | 40% | $4,000 | | $452,200 |
| 1/1/2021 | GW | $15,000 | 40% | $6,000 | | $458,200 |
| 1/1/2021 | YS | $15,000 | 40% | $6,000 | | $464,200 |
| 1/1/2021 | NN | $10,000 | 40% | $4,000 | | $468,200 |
| 1/1/2021 | AK | $10,000 | 40% | $4,000 | | $472,200 |
| 1/1/2021 | CM | $7,500 | 40% | $3,000 | | $475,200 |
| 1/1/2021 | PS | $15,000 | 40% | $6,000 | | $481,200 |
| 1/1/2021 | SS | $10,000 | 40% | $4,000 | | $485,200 |
| 1/1/2021 | TK | $15,000 | 40% | $6,000 | | $491,200 |
| 1/1/2021 | AS | $10,000 | 40% | $4,000 | | $495,200 |
| 1/1/2021 | BW | $15,000 | 40% | $6,000 | | $501,200 |
| 1/1/2021 | DT | $10,000 | 40% | $4,000 | | $505,200 |
| 1/1/2021 | DO | $12,500 | 40% | $5,000 | | $510,200 |
| 1/1/2021 | JA | $10,000 | 40% | $4,000 | | $514,200 |
| 1/1/2021 | JD | $10,000 | 40% | $4,000 | | $518,200 |
| 1/1/2021 | KF | $7,500 | 40% | $3,000 | | $521,200 |
| 1/1/2021 | MC | $10,000 | 40% | $4,000 | | $525,200 |
| 1/1/2021 | SK | $10,000 | 40% | $4,000 | | $529,200 |
| 1/1/2021 | SS | $10,000 | 40% | $4,000 | | $533,200 |
| 1/1/2021 | SD | $10,000 | 40% | $4,000 | | $537,200 |
| 1/1/2021 | CA | $10,000 | 40% | $4,000 | | $541,200 |
| 1/1/2021 | PJ | $15,000 | 40% | $6,000 | | $547,200 |
| 1/1/2021 | BA | $15,000 | 40% | $6,000 | | $553,200 |
| 1/1/2021 | SD | $5,600 | 40% | $2,240 | | $555,440 |
| 1/1/2021 | BP | $5,000 | 40% | $2,000 | | $557,440 |
| 1/1/2021 | WS | $10,000 | 40% | $4,000 | | $561,440 |
| 1/1/2021 | BN | $15,000 | 40% | $6,000 | | $567,440 |
| 1/1/2021 | AR | $15,000 | 40% | $6,000 | | $573,440 |
| 1/1/2021 | AC | $25,000 | 40% | $10,000 | | $583,440 |
| 1/1/2021 | RK | $5,000 | 40% | $2,000 | | $585,440 |
| 1/1/2021 | EM | $15,000 | 40% | $6,000 | | $591,440 |
| 1/1/2021 | NC | $15,000 | 40% | $6,000 | | $597,440 |
| 1/1/2021 | KA | $5,000 | 40% | $2,000 | | $599,440 |
| 1/1/2021 | MB | $7,500 | 40% | $3,000 | | $602,440 |
| 1/1/2021 | RG | $10,000 | 40% | $4,000 | | $606,440 |
| 1/1/2021 | EN | $15,000 | 40% | $6,000 | | $612,440 |
| 1/1/2021 | AK | $5,000 | 40% | $2,000 | | $614,440 |
| 1/1/2021 | BS | $0 | 40% | $0 | | $614,440 |
| 1/1/2021 | BJ | $10,000 | 40% | $4,000 | | $618,440 |
| 1/1/2021 | BK | $10,000 | 40% | $4,000 | | $622,440 |
| 1/1/2021 | EL | $10,000 | 40% | $4,000 | | $626,440 |
| 1/1/2021 | JA | $0 | 40% | $0 | | $626,440 |
| 1/1/2021 | LD | $0 | 40% | $0 | | $626,440 |
| 1/1/2021 | AN | $7,500 | 40% | $3,000 | | $629,440 |
| 1/5/2021 | | | | | $20,000 | $609,440 |
| 1/19/2021 | | | | | $20,000 | $589,440 |

| Date | Initials | Amount | Percent | Amount | Other | Balance |
|---|---|---|---|---|---|---|
| 1/24/2021 | BF | $5,000 | 40% | $2,000 | | $591,440 |
| 2/2/2021 | | | | | $20,000 | $571,440 |
| 2/3/2021 | BM | $15,000 | 40% | $6,000 | | $577,440 |
| 2/3/2021 | BB | $15,000 | 40% | $6,000 | | $583,440 |
| 2/3/2021 | BC | $7,500 | 40% | $3,000 | | $586,440 |
| 2/8/2021 | CB | $10,000 | 40% | $4,000 | | $590,440 |
| 2/8/2021 | GD | $7,500 | 40% | $3,000 | | $593,440 |
| 2/12/2021 | MJ | $15,000 | 40% | $6,000 | | $599,440 |
| 2/12/2021 | RT | $10,000 | 40% | $4,000 | | $603,440 |
| 2/12/2021 | MS | $10,000 | 40% | $4,000 | | $607,440 |
| 2/15/2021 | GJ | $10,000 | 40% | $4,000 | | $611,440 |
| 2/16/2021 | | | | | $20,000 | $591,440 |
| 2/24/2021 | BE | $10,000 | 40% | $4,000 | | $595,440 |
| 3/5/2021 | BA | $10,000 | 40% | $4,000 | | $599,440 |
| 3/5/2021 | | | | | $20,000 | $579,440 |
| 3/14/2021 | FN | $10,000 | 40% | $4,000 | | $583,440 |
| 3/22/2021 | | | | | $20,000 | $563,440 |
| 3/26/2021 | BV | $10,000 | 40% | $4,000 | | $567,440 |
| 3/26/2021 | GS | $7,500 | 40% | $3,000 | | $570,440 |
| 3/28/2021 | GM | $10,000 | 40% | $4,000 | | $574,440 |
| 4/6/2021 | ST | $0 | 40% | $0 | | $574,440 |
| 4/14/2021 | AD | $10,000 | 40% | $4,000 | | $578,440 |
| 4/21/2021 | | | | | $20,000 | $558,440 |
| 5/5/2021 | | | | | $20,000 | $538,440 |
| 5/6/2021 | CP | $10,000 | 40% | $4,000 | | $542,440 |
| 5/8/2021 | CV | $20,000 | 40% | $8,000 | | $550,440 |
| 5/9/2021 | PJ | $5,000 | 40% | $2,000 | | $552,440 |
| 5/13/2021 | | | | | $40,000 | $512,440 |
| 5/13/2021 | SG | $20,000 | 40% | $8,000 | | $520,440 |
| 5/17/2021 | TK | $15,000 | 40% | $6,000 | | $526,440 |
| 6/8/2021 | | | | | $40,000 | $486,440 |
| 6/19/2021 | DD | $17,500 | 40% | $7,000 | | $493,440 |
| 6/28/2021 | | | | | $40,000 | $453,440 |
| 6/29/2021 | AD | $7,500 | 40% | $3,000 | | $456,440 |
| 7/9/2021 | BM | $10,000 | 40% | $4,000 | | $460,440 |
| 7/9/2021 | CM | $17,500 | 40% | $7,000 | | $467,440 |
| 7/10/2021 | SH | $10,000 | 40% | $4,000 | | $471,440 |
| 7/22/2021 | JN | $10,000 | 40% | $4,000 | | $475,440 |
| 7/26/2021 | HT | $10,000 | 40% | $4,000 | | $479,440 |
| 7/27/2021 | | | | | $40,000 | $439,440 |
| 7/28/2021 | AE | $10,000 | 40% | $4,000 | | $443,440 |
| 7/30/2021 | WN | $10,000 | 40% | $4,000 | | $447,440 |
| 8/3/2021 | MN | $5,000 | 40% | $2,000 | | $449,440 |
| 8/9/2021 | LA | $10,000 | 40% | $4,000 | | $453,440 |
| 8/9/2021 | CK | $10,000 | 40% | $4,000 | | $457,440 |
| 8/16/2021 | SO | $10,000 | 40% | $4,000 | | $461,440 |
| 8/17/2021 | MA | $10,000 | 40% | $4,000 | | $465,440 |

| Date | ID | Amount | % | Calc | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| 8/21/2021 | JB | $10,000 | 40% | $4,000 | | $469,440 |
| 8/26/2021 | BA | $10,000 | 40% | $4,000 | | $473,440 |
| 8/28/2021 | MS | $15,000 | 40% | $6,000 | | $479,440 |
| 8/28/2021 | KH | $15,000 | 40% | $6,000 | | $485,440 |
| 8/30/2021 | | | | | $40,000 | $445,440 |
| 9/1/2021 | GK | $5,000 | 40% | $2,000 | | $447,440 |
| 9/1/2021 | YA | $10,000 | 40% | $4,000 | | $451,440 |
| 9/1/2021 | | $10,000 | 40% | $4,000 | | $455,440 |
| 9/2/2021 | GA | $10,000 | 40% | $4,000 | | $459,440 |
| 9/2/2021 | II | $15,000 | 40% | $6,000 | | $465,440 |
| 9/2/2021 | ZG | $10,000 | 40% | $4,000 | | $469,440 |
| 9/3/2021 | RJ | $10,000 | 40% | $4,000 | | $473,440 |
| 9/7/2021 | DB | $10,000 | 40% | $4,000 | | $477,440 |
| 9/7/2021 | MT | $10,000 | 40% | $4,000 | | $481,440 |
| 9/7/2021 | TJ | $15,000 | 40% | $6,000 | | $487,440 |
| 9/7/2021 | DM | $15,000 | 40% | $6,000 | | $493,440 |
| 9/14/2021 | PJ | $15,000 | 40% | $6,000 | | $499,440 |
| 9/15/2021 | AS | $10,000 | 40% | $4,000 | | $503,440 |
| 9/15/2021 | JT | $7,500 | 40% | $3,000 | | $506,440 |
| 9/15/2021 | AK | $8,500 | 40% | $3,400 | | $509,840 |
| 9/17/2021 | DA | $10,000 | 40% | $4,000 | | $513,840 |
| 9/18/2021 | MT | $10,000 | 40% | $4,000 | | $517,840 |
| 9/19/2021 | DB | $0 | 40% | $0 | | $517,840 |
| 9/20/2021 | CL | $10,000 | 40% | $4,000 | | $521,840 |
| 9/20/2021 | | | | | $40,000 | $481,840 |
| 9/20/2021 | SH | $15,000 | 40% | $6,000 | | $487,840 |
| 9/22/2021 | AM | $10,000 | 40% | $4,000 | | $491,840 |
| 9/24/2021 | PS | $10,000 | 40% | $4,000 | | $495,840 |
| 9/25/2021 | SC | $15,000 | 40% | $6,000 | | $501,840 |
| 9/25/2021 | KC | $15,000 | 40% | $6,000 | | $507,840 |
| 9/26/2021 | LM | $20,000 | 40% | $8,000 | | $515,840 |
| 9/30/2021 | LA | $15,000 | 40% | $6,000 | | $521,840 |
| 9/30/2021 | KS | $10,000 | 40% | $4,000 | | $525,840 |
| 9/30/2021 | LV | $10,000 | 40% | $4,000 | | $529,840 |
| 10/1/2021 | WT | $10,000 | 40% | $4,000 | | $533,840 |
| 10/1/2021 | GC | $10,000 | 40% | $4,000 | | $537,840 |
| 10/1/2021 | HE | $15,000 | 40% | $6,000 | | $543,840 |
| 10/2/2021 | CA | $7,500 | 40% | $3,000 | | $546,840 |
| 10/2/2021 | SA | $6,000 | 40% | $2,400 | | $549,240 |
| 10/3/2021 | FB | $15,000 | 40% | $6,000 | | $555,240 |
| 10/3/2021 | GJ | $10,000 | 40% | $4,000 | | $559,240 |
| 10/3/2021 | MS | $15,000 | 40% | $6,000 | | $565,240 |
| 10/6/2021 | GJ | $10,000 | 40% | $4,000 | | $569,240 |
| 10/8/2021 | | | | | $40,000 | $529,240 |
| 10/9/2021 | CJ | $15,000 | 40% | $6,000 | | $535,240 |
| 10/11/2021 | KK | $15,000 | 40% | $6,000 | | $541,240 |
| 10/12/2021 | KJ | $15,000 | 40% | $6,000 | | $547,240 |

| Date | | Amount | | | | Balance |
|---|---|---|---|---|---|---|
| 10/12/2021 | CJ | $10,000 | 40% | $4,000 | | $551,240 |
| 10/14/2021 | SJ | $12,500 | 40% | $5,000 | | $556,240 |
| 10/17/2021 | PC | $5,000 | 40% | $2,000 | | $558,240 |
| 10/17/2021 | PA | $10,000 | 40% | $4,000 | | $562,240 |
| 10/18/2021 | CA | $15,000 | 40% | $6,000 | | $568,240 |
| 10/18/2021 | HA | $15,000 | 40% | $6,000 | | $574,240 |
| 10/18/2021 | ON | $7,500 | 40% | $3,000 | | $577,240 |
| 10/22/2021 | MT | $7,500 | 40% | $3,000 | | $580,240 |
| 10/23/2021 | EM | $15,000 | 40% | $6,000 | | $586,240 |
| 10/23/2021 | DN | $5,600 | 40% | $2,240 | | $588,480 |
| 10/25/2021 | BN | $15,000 | 40% | $6,000 | | $594,480 |
| 10/28/2021 | HH | $15,000 | 40% | $6,000 | | $600,480 |
| 11/1/2021 | | | | | $40,000 | $560,480 |
| 11/2/2021 | PC | $10,000 | 40% | $4,000 | | $564,480 |
| 11/8/2021 | HE | $10,000 | 40% | $4,000 | | $568,480 |
| 11/9/2021 | S | $7,500 | 40% | $3,000 | | $571,480 |
| 11/9/2021 | HH | $15,000 | 40% | $6,000 | | $577,480 |
| 11/9/2021 | WX | $5,000 | 40% | $2,000 | | $579,480 |
| 11/9/2021 | HA | $10,000 | 40% | $4,000 | | $583,480 |
| 11/9/2021 | AA | $15,000 | 40% | $6,000 | | $589,480 |
| 11/13/2021 | | | | | $40,000 | $549,480 |
| 11/13/2021 | OR | $7,500 | 40% | $3,000 | | $552,480 |
| 11/16/2021 | HG | $10,000 | 40% | $4,000 | | $556,480 |
| 11/17/2021 | DI | $15,000 | 40% | $6,000 | | $562,480 |
| 11/18/2021 | SL | $15,000 | 40% | $6,000 | | $568,480 |
| 11/18/2021 | BD | $10,000 | 40% | $4,000 | | $572,480 |
| 11/18/2021 | CJ | $15,000 | 40% | $6,000 | | $578,480 |
| 11/19/2021 | SU | $10,000 | 40% | $4,000 | | $582,480 |
| 11/19/2021 | SS | $10,000 | 40% | $4,000 | | $586,480 |
| 11/20/2021 | YP | $10,000 | 40% | $4,000 | | $590,480 |
| 11/23/2021 | DJ | $10,000 | 40% | $4,000 | | $594,480 |
| 11/23/2021 | SK | $6,000 | 40% | $2,400 | | $596,880 |
| 11/23/2021 | TM | $0 | 40% | $0 | | $596,880 |
| 11/23/2021 | PD | $10,000 | 40% | $4,000 | | $600,880 |
| 11/24/2021 | | | | | $200,000 | $400,880 |
| 11/30/2021 | BA | $15,000 | 40% | $6,000 | | $406,880 |
| 11/30/2021 | GA | $10,000 | 40% | $4,000 | | $410,880 |
| 11/30/2021 | VM | $10,000 | 40% | $4,000 | | $414,880 |
| 11/30/2021 | RW | $10,000 | 40% | $4,000 | | $418,880 |
| 11/30/2021 | AA | $10,000 | 40% | $4,000 | | $422,880 |
| 12/1/2021 | HC | $10,000 | 40% | $4,000 | | $426,880 |
| 12/8/2021 | MS | $5,000 | 40% | $2,000 | | $428,880 |
| 12/8/2021 | AR | $10,000 | 40% | $4,000 | | $432,880 |
| 12/9/2021 | FN | $15,000 | 40% | $6,000 | | $438,880 |
| 12/13/2021 | ZW | $10,000 | 40% | $4,000 | | $442,880 |
| 12/14/2021 | AE | $10,000 | 40% | $4,000 | | $446,880 |
| 12/14/2021 | LJ | $5,000 | 40% | $2,000 | | $448,880 |

| Date | Initials | Amount | % | Fee | Deposit | Balance |
|---|---|---|---|---|---|---|
| 12/15/2021 | CB | $10,000 | 40% | $4,000 | | $452,880 |
| 12/15/2021 | HH | $7,500 | 40% | $3,000 | | $455,880 |
| 12/15/2021 | LR | $10,000 | 40% | $4,000 | | $459,880 |
| 12/16/2021 | BS | $10,000 | 40% | $4,000 | | $463,880 |
| 12/20/2021 | GJ | $10,000 | 40% | $4,000 | | $467,880 |
| 12/22/2021 | SS | $15,000 | 40% | $6,000 | | $473,880 |
| 12/22/2021 | MN | $10,000 | 40% | $4,000 | | $477,880 |
| 12/22/2021 | EJ | $10,000 | 40% | $4,000 | | $481,880 |
| 12/22/2021 | RP | $14,650 | 40% | $5,860 | | $487,740 |
| 12/22/2021 | RJ | $7,500 | 40% | $3,000 | | $490,740 |
| 12/23/2021 | ME | $7,500 | 40% | $3,000 | | $493,740 |
| 12/27/2021 | CS | $10,000 | 40% | $4,000 | | $497,740 |
| 12/27/2021 | ST | $10,000 | 40% | $4,000 | | $501,740 |
| 12/27/2021 | RR | $10,000 | 40% | $4,000 | | $505,740 |
| 12/30/2021 | NK | $10,000 | 40% | $4,000 | | $509,740 |
| 1/3/2022 | SW | $15,000 | 40% | $6,000 | | $515,740 |
| 1/3/2022 | BK | $20,000 | 40% | $8,000 | | $523,740 |
| 1/4/2022 | CN | $15,000 | 40% | $6,000 | | $529,740 |
| 1/4/2022 | VI | -$2,500 | 40% | -$1,000 | | $528,740 |
| 1/5/2022 | HA | $10,000 | 40% | $4,000 | | $532,740 |
| 1/5/2022 | A | $15,000 | 40% | $6,000 | | $538,740 |
| 1/6/2022 | JT | $10,000 | 40% | $4,000 | | $542,740 |
| 1/6/2022 | SE | $10,000 | 40% | $4,000 | | $546,740 |
| 1/7/2022 | MK | $10,000 | 40% | $4,000 | | $550,740 |
| 1/10/2022 | DV | $15,000 | 40% | $6,000 | | $556,740 |
| 1/10/2022 | E | $10,000 | 40% | $4,000 | | $560,740 |
| 1/11/2022 | TE | $10,000 | 40% | $4,000 | | $564,740 |
| 1/11/2022 | | | | | $100,000 | $464,740 |
| 1/12/2022 | MD | $10,000 | 40% | $4,000 | | $468,740 |
| 1/14/2022 | KB | $10,000 | 40% | $4,000 | | $472,740 |
| 1/14/2022 | KC | $8,000 | 40% | $3,200 | | $475,940 |
| 1/15/2022 | E | $7,500 | 40% | $3,000 | | $478,940 |
| 1/16/2022 | WB | $5,000 | 40% | $2,000 | | $480,940 |
| 1/18/2022 | GA | $5,000 | 40% | $2,000 | | $482,940 |
| 1/19/2022 | HS | $15,000 | 40% | $6,000 | | $488,940 |
| 1/20/2022 | HS | $8,000 | 40% | $3,200 | | $492,140 |
| 1/21/2022 | CL | $15,000 | 40% | $6,000 | | $498,140 |
| 1/24/2022 | AG | $15,000 | 40% | $6,000 | | $504,140 |
| 1/24/2022 | GA | $15,000 | 40% | $6,000 | | $510,140 |
| 1/29/2022 | ML | $15,000 | 40% | $6,000 | | $516,140 |
| 1/29/2022 | SM | $15,000 | 40% | $6,000 | | $522,140 |
| 1/29/2022 | SK | $10,000 | 40% | $4,000 | | $526,140 |
| 1/31/2022 | SJ | $10,000 | 40% | $4,000 | | $530,140 |
| 2/4/2022 | | | | | $100,000 | $430,140 |
| 2/4/2022 | SN | $10,000 | 40% | $4,000 | | $434,140 |
| 2/4/2022 | PJ | $15,000 | 40% | $6,000 | | $440,140 |
| 2/7/2022 | PS | $10,000 | 40% | $4,000 | | $444,140 |

| Date | | Amount | Percent | Commission | | Balance |
|---|---|---|---|---|---|---|
| 2/8/2022 | CS | $13,500 | 40% | $5,400 | | $449,540 |
| 2/8/2022 | AS | $10,000 | 40% | $4,000 | | $453,540 |
| 2/9/2022 | GR | $10,000 | 40% | $4,000 | | $457,540 |
| 2/11/2022 | HZ | $15,000 | 40% | $6,000 | | $463,540 |
| 2/11/2022 | MV | $10,000 | 40% | $4,000 | | $467,540 |
| 2/12/2022 | IO | $7,500 | 40% | $3,000 | | $470,540 |
| 2/12/2022 | JP | $10,000 | 40% | $4,000 | | $474,540 |
| 2/12/2022 | DJ | $10,000 | 40% | $4,000 | | $478,540 |
| 2/12/2022 | PD | $10,000 | 40% | $4,000 | | $482,540 |
| 2/12/2022 | JC | $10,000 | 40% | $4,000 | | $486,540 |
| 2/12/2022 | HC | $10,000 | 40% | $4,000 | | $490,540 |
| 2/12/2022 | WR | $10,000 | 40% | $4,000 | | $494,540 |
| 2/13/2022 | US | $15,000 | 40% | $6,000 | | $500,540 |
| 2/13/2022 | TT | $10,000 | 40% | $4,000 | | $504,540 |
| 2/13/2022 | DM | $5,000 | 40% | $2,000 | | $506,540 |
| 2/16/2022 | KJ | $15,000 | 40% | $6,000 | | $512,540 |
| 2/17/2022 | WS | $12,500 | 40% | $5,000 | | $517,540 |
| 2/17/2022 | VC | $12,500 | 40% | $5,000 | | $522,540 |
| 2/17/2022 | KA | $10,000 | 40% | $4,000 | | $526,540 |
| 2/19/2022 | CM | $10,000 | 40% | $4,000 | | $530,540 |
| 2/19/2022 | BS | $15,000 | 40% | $6,000 | | $536,540 |
| 2/20/2022 | GM | $5,000 | 40% | $2,000 | | $538,540 |
| 2/21/2022 | NS | $7,500 | 40% | $3,000 | | $541,540 |
| 2/22/2022 | RT | $15,000 | 40% | $6,000 | | $547,540 |
| 2/22/2022 | HH | $15,000 | 40% | $6,000 | | $553,540 |
| 2/23/2022 | MR | $15,000 | 40% | $6,000 | | $559,540 |
| 2/23/2022 | DJ | $10,000 | 40% | $4,000 | | $563,540 |
| 2/23/2022 | MJ | $7,500 | 40% | $3,000 | | $566,540 |
| 2/27/2022 | SG | $10,000 | 40% | $4,000 | | $570,540 |
| 2/28/2022 | SO | $15,000 | 40% | $6,000 | | $576,540 |
| 3/1/2022 | EA | $10,000 | 45% | $4,500 | | $581,040 |
| 3/1/2022 | CY | $7,500 | 45% | $3,375 | | $584,415 |
| 3/6/2022 | LA | $5,000 | 45% | $2,250 | | $586,665 |
| 3/6/2022 | TD | $9,000 | 45% | $4,050 | | $590,715 |
| 3/6/2022 | VR | $10,000 | 45% | $4,500 | | $595,215 |
| 3/6/2022 | CC | $10,000 | 45% | $4,500 | | $599,715 |
| 3/6/2022 | MD | $15,000 | 45% | $6,750 | | $606,465 |
| 3/7/2022 | | | | | $100,000 | $506,465 |
| 3/7/2022 | KY | $10,000 | 45% | $4,500 | | $510,965 |
| 3/11/2022 | HJ | $10,000 | 45% | $4,500 | | $515,465 |
| 3/12/2022 | SC | $10,000 | 45% | $4,500 | | $519,965 |
| 3/14/2022 | CL | $10,000 | 45% | $4,500 | | $524,465 |
| 3/15/2022 | H | $15,000 | 45% | $6,750 | | $531,215 |
| 3/17/2022 | MZ | $10,000 | 45% | $4,500 | | $535,715 |
| 3/20/2022 | VH | $10,000 | 45% | $4,500 | | $540,215 |
| 3/21/2022 | RP | $15,000 | 45% | $6,750 | | $546,965 |
| 3/21/2022 | BM | $12,500 | 45% | $5,625 | | $552,590 |

| Date | | Amount | % | | | |
|---|---|---|---|---|---|---|
| 3/21/2022 | SF | $15,000 | 45% | $6,750 | | $559,340 |
| 3/22/2022 | SB | $15,000 | 45% | $6,750 | | $566,090 |
| 3/23/2022 | GL | $10,000 | 45% | $4,500 | | $570,590 |
| 3/24/2022 | GJ | $3,000 | 45% | $1,350 | | $571,940 |
| 3/24/2022 | MD | $10,000 | 45% | $4,500 | | $576,440 |
| 3/25/2022 | SM | $15,000 | 45% | $6,750 | | $583,190 |
| 3/25/2022 | IS | $10,000 | 45% | $4,500 | | $587,690 |
| 3/28/2022 | FL | $10,000 | 45% | $4,500 | | $592,190 |
| 3/28/2022 | MJ | $10,000 | 45% | $4,500 | | $596,690 |
| 3/30/2022 | CC | $10,000 | 45% | $4,500 | | $601,190 |
| 3/30/2022 | DK | $15,000 | 45% | $6,750 | | $607,940 |
| 3/30/2022 | DA | $15,000 | 45% | $6,750 | | $614,690 |
| 3/30/2022 | GK | $15,000 | 45% | $6,750 | | $621,440 |
| 4/4/2022 | A | $15,000 | 45% | $6,750 | | $628,190 |
| 4/4/2022 | ST | $5,000 | 45% | $2,250 | | $630,440 |
| 4/4/2022 | BC | $15,000 | 45% | $6,750 | | $637,190 |
| 4/4/2022 | BM | $10,000 | 45% | $4,500 | | $641,690 |
| 4/5/2022 | NB | $20,000 | 45% | $9,000 | | $650,690 |
| 4/5/2022 | PM | $7,500 | 45% | $3,375 | | $654,065 |
| 4/7/2022 | | | | | $150,000 | $504,065 |
| 4/7/2022 | DA | $10,000 | 45% | $4,500 | | $508,565 |
| 4/10/2022 | O | $12,500 | 45% | $5,625 | | $514,190 |
| 4/10/2022 | SI | $15,000 | 45% | $6,750 | | $520,940 |
| 4/10/2022 | BM | $10,000 | 45% | $4,500 | | $525,440 |
| 4/10/2022 | AE | $10,000 | 45% | $4,500 | | $529,940 |
| 4/11/2022 | WA | $10,000 | 45% | $4,500 | | $534,440 |
| 4/11/2022 | JN | $13,000 | 45% | $5,850 | | $540,290 |
| 4/11/2022 | FK | $15,000 | 45% | $6,750 | | $547,040 |
| 4/12/2022 | AS | $15,000 | 45% | $6,750 | | $553,790 |
| 4/12/2022 | CM | $10,000 | 45% | $4,500 | | $558,290 |
| 4/12/2022 | AK | $15,000 | 45% | $6,750 | | $565,040 |
| 4/12/2022 | MB | $10,000 | 45% | $4,500 | | $569,540 |
| 4/12/2022 | RE | $10,000 | 45% | $4,500 | | $574,040 |
| 4/12/2022 | LZ | $15,000 | 45% | $6,750 | | $580,790 |
| 4/12/2022 | MJ | $15,000 | 45% | $6,750 | | $587,540 |
| 4/18/2022 | NA | $10,000 | 45% | $4,500 | | $592,040 |
| 4/18/2022 | ME | $10,000 | 45% | $4,500 | | $596,540 |
| 4/19/2022 | KR | $10,000 | 45% | $4,500 | | $601,040 |
| 4/20/2022 | SJ | $10,000 | 45% | $4,500 | | $605,540 |
| 4/20/2022 | WK | $10,000 | 45% | $4,500 | | $610,040 |
| 4/20/2022 | KR | $10,000 | 45% | $4,500 | | $614,540 |
| 4/21/2022 | DS | $7,500 | 45% | $3,375 | | $617,915 |
| 4/25/2022 | SG | $10,000 | 45% | $4,500 | | $622,415 |
| 4/25/2022 | KM | $10,000 | 45% | $4,500 | | $626,915 |
| 4/25/2022 | MS | $15,000 | 45% | $6,750 | | $633,665 |
| 4/29/2022 | MC | $15,000 | 45% | $6,750 | | $640,415 |
| 4/30/2022 | DK | $5,000 | 45% | $2,250 | | $642,665 |

| Date | Code | Amount | Percent | Fee | Other | Balance |
|---|---|---|---|---|---|---|
| 5/1/2022 | OE | $10,000 | 45% | $4,500 | | $647,165 |
| 5/1/2022 | CK | $10,000 | 45% | $4,500 | | $651,665 |
| 5/1/2022 | CJ | $7,500 | 45% | $3,375 | | $655,040 |
| 5/1/2022 | WY | $10,000 | 45% | $4,500 | | $659,540 |
| 5/2/2022 | TR | $10,000 | 45% | $4,500 | | $664,040 |
| 5/2/2022 | WV | $10,000 | 45% | $4,500 | | $668,540 |
| 5/4/2022 | CM | $10,000 | 45% | $4,500 | | $673,040 |
| 5/4/2022 | PK | $15,000 | 45% | $6,750 | | $679,790 |
| 5/4/2022 | KR | $10,000 | 45% | $4,500 | | $684,290 |
| 5/6/2022 | | | | | $50,000 | $634,290 |
| 5/6/2022 | JS | $10,000 | 45% | $4,500 | | $638,790 |
| 5/6/2022 | EL | $15,000 | 45% | $6,750 | | $645,540 |
| 5/9/2022 | TJ | $10,000 | 45% | $4,500 | | $650,040 |
| 5/10/2022 | WE | $5,000 | 45% | $2,250 | | $652,290 |
| 5/11/2022 | PE | $10,000 | 45% | $4,500 | | $656,790 |
| 5/11/2022 | LD | $10,000 | 45% | $4,500 | | $661,290 |
| 5/13/2022 | ML | $10,000 | 45% | $4,500 | | $665,790 |
| 5/16/2022 | FF | $10,000 | 45% | $4,500 | | $670,290 |
| 5/16/2022 | AF | $12,500 | 45% | $5,625 | | $675,915 |
| 5/17/2022 | | | | | $50,000 | $625,915 |
| 5/17/2022 | JK | $10,000 | 45% | $4,500 | | $630,415 |
| 5/17/2022 | BE | $15,000 | 45% | $6,750 | | $637,165 |
| 5/17/2022 | CC | $5,000 | 45% | $2,250 | | $639,415 |
| 5/17/2022 | PC | $5,000 | 45% | $2,250 | | $641,665 |
| 5/17/2022 | AR | $10,000 | 45% | $4,500 | | $646,165 |
| 5/17/2022 | PS | $10,000 | 45% | $4,500 | | $650,665 |
| 5/20/2022 | WK | $7,500 | 45% | $3,375 | | $654,040 |
| 5/24/2022 | AU | $10,000 | 45% | $4,500 | | $658,540 |
| 5/26/2022 | IJ | $10,000 | 45% | $4,500 | | $663,040 |
| 5/26/2022 | PM | $10,000 | 45% | $4,500 | | $667,540 |
| 5/26/2022 | ML | $10,000 | 45% | $4,500 | | $672,040 |
| 5/27/2022 | SJ | $10,000 | 45% | $4,500 | | $676,540 |
| 5/28/2022 | BJ | $5,000 | 45% | $2,250 | | $678,790 |
| 5/28/2022 | FT | $10,000 | 45% | $4,500 | | $683,290 |
| 5/31/2022 | DS | $10,000 | 45% | $4,500 | | $687,790 |
| 6/6/2022 | | | | | $50,000 | $637,790 |
| 6/27/2022 | | | | | $50,000 | $587,790 |
| 7/12/2022 | | | | | $80,000 | $507,790 |
| 8/26/2022 | | | | | $50,000 | $457,790 |
| 6/1/2022 | GH | 10,000 | 45% | $4,500 | | $462,290 |
| 6/2/2022 | WE | 15,000 | 45% | $6,750 | | $469,040 |
| 6/3/2022 | RO | 15,000 | 45% | $6,750 | | $475,790 |
| 6/4/2022 | CI | 10,000 | 45% | $4,500 | | $480,290 |
| 6/6/2022 | GK | 5,000 | 45% | $2,250 | | $482,540 |
| 6/7/2022 | SA | 15,000 | 45% | $6,750 | | $489,290 |
| 6/8/2022 | HE | 15,000 | 45% | $6,750 | | $496,040 |
| 6/8/2022 | RA | 15,000 | 45% | $6,750 | | $502,790 |

| Date | Code | Amount | | Rate | Value | | Balance |
|---|---|---|---|---|---|---|---|
| 6/11/2022 | WH | 15,000 | | 45% | $6,750 | | $509,540 |
| 6/11/2022 | RE | 10,000 | | 45% | $4,500 | | $514,040 |
| 6/13/2022 | TA | 10,000 | | 45% | $4,500 | | $518,540 |
| 6/17/2022 | NR | 15,000 | | 45% | $6,750 | | $525,290 |
| 6/17/2022 | EE | 15,000 | | 45% | $6,750 | | $532,040 |
| 6/20/2022 | MH | 5,000 | | 45% | $2,250 | | $534,290 |
| 6/24/2022 | BI | 20,000 | | 45% | $9,000 | | $543,290 |
| 6/24/2022 | CA | 15,000 | | 45% | $6,750 | | $550,040 |
| 6/24/2022 | LA | 15,000 | | 45% | $6,750 | | $556,790 |
| 6/24/2022 | WM | 10,000 | | 45% | $4,500 | | $561,290 |
| 6/24/2022 | BR | 15,000 | | 45% | $6,750 | | $568,040 |
| 6/25/2022 | SA | 15,000 | | 45% | $6,750 | | $574,790 |
| 6/25/2022 | KA | 15,000 | | 45% | $6,750 | | $581,540 |
| 6/27/2022 | NR | 15,000 | | 45% | $6,750 | | $588,290 |
| 6/28/2022 | SN | 5,000 | | 45% | $2,250 | | $590,540 |
| 7/2/2022 | LA | 15,000 | | 45% | $6,750 | | $597,290 |
| 7/5/2022 | MO | 15,000 | | 45% | $6,750 | | $604,040 |
| 7/5/2022 | DH | 15,000 | | 45% | $6,750 | | $610,790 |
| 7/5/2022 | SA | 15,000 | | 45% | $6,750 | | $617,540 |
| 7/6/2022 | BE | 15,000 | | 45% | $6,750 | | $624,290 |
| 7/7/2022 | SZ | 15,000 | | 45% | $6,750 | | $631,040 |
| 7/8/2022 | UA | 5,000 | | 45% | $2,250 | | $633,290 |
| 7/8/2022 | BI | 15,000 | | 45% | $6,750 | | $640,040 |
| | | $5,273,850 | | | $2,181,040 | $1,541,000 | |

| | |
|---|---|
| Total owed to KA by Lento Without Consult Fees | $640,040.00 |
| Total Owed by Lento to KA for Consults | $65,625.00 |
| | |
| Total Owed to Ka By Lento for all Fees | $705,665.00 |
| Lento Share of Salaries from 06/01/22 | $100,000.00 |
| Total Owed by Lento to KA With Salaries Owed | $805,665.00 |