**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| JOSEPH D. LENTO, ESQ., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil No. 22-4840 (RBK/EAP) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| KEITH ALTMAN, ESQ., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**KUGLER,** United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiffs' First Motion for Extension of

Time to File Response/Reply ("Motion") (ECF No. 28). The Court having considered both

Plaintiffs' Motion and Defendants' Brief in Opposition (ECF No. 29),

**IT IS HEREBY ORDERED** that the Court **GRANTS** Plaintiffs' Motion (ECF No. 28).

Dated:   11/17/22

ROBERT B. KUGLER
United States District Judge