

Case 1:22-cv-04840-RBK-EAP   Document 31   Filed 11/21/22   Page 1 of 4 PageID: 492

Solomon Radner, Esq. (283502018)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual, LENTO LAW FIRM, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ALTMAN, ESQ., an individual, THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company, ARI KRESCH, an individual, and RICHARD GILL, an individual,<br><br>Defendants. | Civil Action No.: 1:22-cv-04840<br><br>Hon. Robert B. Kugler |

## **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**


COME NOW Defendants Keith Altman ("Altman"), Law Office of Keith Altman, PLLC ("KA Law"), Richard Gill ("Gill") and Ari Kresh ("Kresh") with their Motion for an Extension of Time to file Reply Brief.

1. On November 14, 2022, Defendants filed their Motion to Dismiss with the Court. (ECF 26 and 27).

2. Plaintiffs' counsel sought concurrence from Defendants' counsel on November 15, 2022, on an extension to reply to the motions. **(Exhibit A).**

3. Defendants' counsel ultimately agreed to an extension creating the following deadlines which extended Plaintiff's time to file their Response Brief, in addition to an extended timeframe for Defendant to file their Reply Briefs. **(Exhibit A)**.

4. On November 16, 2022, Plaintiff filed their Motion for an Extension. (ECF 28).

5. On November 17, 2022, Defendant filed an Opposition to Plaintiff's Motion due to the contents of Plaintiff's motion not reflecting the concurrence between the parties. Namely, the additional time agreed to for Defendants' Reply Brief.

6. An Order was issued on November 17, 2022, grating Plaintiff's Motion for an Extension. (ECF 30).

7. Defendants seek an extension of time to file their Reply brief as concurred upon by the parties.

8. The parties agreed to a 14-day extension on the filing of the Reply Briefs.

9. Taking this Honorable Court's November 17, 2022, Order into account the Defendants seek a deadline of January 17, 2022 to file their Reply Brief to Defendants' Motions to Dismiss.

WHEREFORE, PREMISES CONSIDERED, Defendants request this honorable Court grant the Motion.

Dated: November 21, 2022          Respectfully submitted,

*/s/ Solomon M. Radner*
Solomon M. Radner, Esq. (283502018)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Defendants*

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual, LENTO LAW FIRM, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ALTMAN, ESQ., an individual, THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company, ARI KRESCH, an individual, and RICHARD GILL, an individual,<br><br>Defendants. | Civil Action No.: 1:22-cv-04840<br><br>Hon. Robert B. Kugler |

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendants hereby certifies that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure.

Dated: November 21, 2022          Respectfully submitted,

                                  */s/ Solomon M. Radner*
                                  Solomon M. Radner, Esq. (283502018)

4