# Exhibit A

| | |
|---|---|
| **From:** | Samuel Jackson |
| **To:** | Lori Crusselle |
| **Cc:** | Keith Altman; Solomon Radner; Solomon Radner, Esq. |
| **Subject:** | RE: Lento v. Altman - Adjournment request |
| **Date:** | Tuesday, November 15, 2022 6:41:27 PM |
| **Attachments:** | image001.png |

Thank you so much. Based on the wording of the rule, I will have to make a motion.

Sam

**From:** Lori Crusselle <loricrusselle@kaltmanlaw.com>
**Sent:** Tuesday, November 15, 2022 4:27 PM
**To:** Samuel Jackson <sdjackson@lentolawgroup.com>
**Cc:** Keith Altman <keithaltman@kaltmanlaw.com>; Solomon Radner <solomon@radnerlawgroup.com>; Solomon Radner, Esq. <solomonradner@kaltmanlaw.com>
**Subject:** RE: Lento v. Altman - Adjournment request

Mr. Jackson –

Mr. Altman will agree to the 30 day extension of time for Plaintiffs to respond to the Motions to Dismiss, making Plaintiffs' responses due on December 28, 2022, and that Defendants' replies are due January 19, 2023, subject to Court approval.

Please send us a stipulation or unopposed motion for this requested adjournment.

Thank you.



**Lori Crusselle**
Director of Litigation
**Direct Phone:** (470) 502-2567
**Firm Phone:** (248) 987-8929
http://www.kaltmanlaw.com

**From:** Samuel Jackson

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*

<sdjackson@lentolawgroup.com>
**Sent:** Tuesday, November 15, 2022 4:15 PM
**To:** Lori Crusselle <loricrusselle@kaltmanlaw.com>
**Cc:** Keith Altman <keithaltman@kaltmanlaw.com>; Solomon Radner <solomon@radnerlawgroup.com>; Solomon Radner, Esq. <solomonradner@kaltmanlaw.com>
**Subject:** RE: Lento v. Altman - Adjournment request

Dear Mr. Altman,

There are two lengthy motions pending (one is 44 pages, the other is 31 pages), each with a significant number of legal arguments to be addressed. We provided you with a 60-day extension to respond to the complaint, which allowed you time to draft these motions. I asked for an additional 30 days because that was the absolute minimum amount of time we need to properly respond to these motions. Unfortunately, the additional 7 days you offered will not be nearly enough time, especially given the approaching holiday. I am reiterating my original request for a 30-day extension, which I believe is customary and more than fair, given the situation.

Thank you,
Sam

**From:** Lori Crusselle <loricrusselle@kaltmanlaw.com>
**Sent:** Tuesday, November 15, 2022 3:58 PM
**To:** Samuel Jackson <sdjackson@lentolawgroup.com>
**Cc:** Keith Altman <keithaltman@kaltmanlaw.com>; Solomon Radner <solomon@radnerlawgroup.com>; Solomon Radner, Esq. <solomonradner@kaltmanlaw.com>
**Subject:** FW: Lento v. Altman - Adjournment request

Mr. Jackson –

Mr. Altman has asked me to respond on his behalf.

He is agreeable to the following enlarged briefing schedule:

Plaintiffs' responses to Defendants' Motions to Dismiss due on December 12, 2022;

Defendants' reply briefs would be due on December 23, 2022.

Please let us know if that is acceptable to you.

Thank you.



**Lori Crusselle**
Director of Litigation
**Direct Phone:** (470) 502-2567
**Firm Phone:** (248) 987-8929
http://www.kaltmanlaw.com

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Samuel Jackson

<sdjackson@lentolawgroup.com>

**Sent:** Tuesday, November 15, 2022 11:42 AM
**To:** Keith Altman <keithaltman@kaltmanlaw.com>; Solomon Radner <solomon@radnerlawgroup.com>
**Subject:** Lento v. Altman - Adjournment request

Good morning,

I have received both motions to dismiss. Would you consent to adjourn them 30 days?

Thank you,
Sam



**Samuel D. Jackson, Esquire**
**Litigation Associate**
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
908-543-4456 - Cell
856-652-2000 x476 - Phone
856-375-1010 - Fax
SDJackson@Lentolawgroup.com
www.lentolawgroup.com

Atlanta, GA • Birmingham, AL • Coral Springs, FL • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA • Miami, FL • Mount Laurel, NJ • New York, NY • Orlando, FL • Philadelphia, PA • Richmond, VA • San Juan, PR • Scottsdale, AZ • Washington, DC

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.