KATES NUSSMAN ELLIS
FARHI & EARLE, LLP
190 Moore Street, Suite 306
Hackensack, NJ 07601
Tel: (201) 488-7211
Fax: (201) 488-1210
**Attorneys for Plaintiffs**
Michael Farhi I.D. No. 019881978

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., as an individual, LENTO LAW FIRM, LLC., a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ALTMAN, ESQ, as an individual, THE LAW OFFICE OF KEITH ALTMAN PLLC. a/k/a "K ALTMAN LAW", a limited liability company, **ARI KRESCH**, an individual, and **RICHARD GILL**, an individual,<br><br>Defendants. | Civil Action No.: 1:22-cv-04840<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of counsel for Plaintiffs in the above entitled action , as to Counts III, IV, V, VI, VII, VIII, IX, X, XI, XIII, and XIV of the First Amended Complaint only.

Dated: December 20, 2022

| | |
|---|---|
| **LENTO LAW GROUP, P.C.**<br><br>*Joseph D. Lento*<br>JOSEPH D LENTO, ESQ.<br>Withdrawing Attorney | **KATES NUSSMAN ELLIS<br>FARHI & EARLE LLP.**<br><br>/s/ Michael Farhi<br>MICHAEL FARHI, ESQ.<br>Superseding Attorney |