**KATES NUSSMAN RAPONE**
**ELLIS & FARHI, LLP**
Sandra M. Barsoum, Esq.
Attorney ID # 145392015
190 Moore St., Suite 306
Hackensack, NJ 07601
(201) 488-7211
*Attorneys for Plaintiffs Joseph D. Lento, Esq.*
*& Lento Law Firm, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., an individual, LENTO LAW FIRM, LLC, a limited liability company, <br><br> Plaintiffs, <br> v. <br><br> KEITH ALTMAN, ESQ., an individual, THE LAW OFFICE OF KEITH ALTMAN, PLLC, a/k/a "K ALTMAN LAW", a limited liability company, ARI KRESCH, an individual, and RICHARD GILL, an individual, <br><br> Defendants. | Civil Action No.: 1:22-cv-04840 <br> Hon. Robert B. Kugler <br><br> **Return Date: February 6, 2023** <br><br> **CERTIFICATION OF SERVICE** |

MICHAEL FARHI certifies that, on the date set forth below, I caused a copy of the foregoing opposition to be served via email and Electronic Court Filing (ECF)

on all counsel of record.  I certify under penalty of perjury that the foregoing is true and correct.

Solomon Radner, Esq. (283502018)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com

Dated: January 3, 2023                                    **KATES NUSSMAN ELLIS FARHI & EARLE LLP**

                                                                                        /s./ Michael Farhi
                                                                                        MICHAEL FARHI