## KATES NUSSMAN ELLIS FARHI & EARLE, LLP

ATTORNEYS AT LAW
190 MOORE STREET
SUITE 306
HACKENSACK, N.J. 07601-7418
—
TEL. (201) 488-7211
FAX (201) 488-1210
mfarhi@nklaw.com

BRUCE L. NUSSMAN
JOEL M. ELLIS *♣
MICHAEL FARHI *Δ•□
MATTHEW Z. EARLE *♦•Δ
CARA F. LANDOLFI*¥
-----
SANDRA M. BARSOUM *Δ♦
ELIZABAETH ANDES *Δ♦

\* NJ & NY BARS
Δ SO. DIST. NY/EA. DIST. NY
♦ SO. DIST. NY
♣ MASS
¥ NJ & PA BARS
• US COURT OF APPEALS SECOND & THIRD CIRCUITS
□ MEMBER OF NJAPM

FOUNDED 1913
FORMERLY
PLATOFF, HEFTLER, HARKER & NASHEL
------
HOWARD M. NASHEL
(1936-2006)
-----
OF COUNSEL

MICHAEL B. KATES
ZAKIM & ZAKIM P.C
FLOWERS & O'BRIEN, LLC
KELLY J. DEERE*
ROBERT NUSSBAUM*

January 18, 2023

<u>Via Electronic Filing Only</u>
Hon. Robert B. Kugler U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      RE:    JOSEPH D. LENTO, ESQ. et al. v. KEITH ALTMAN, ESQ. et als.
             Case No.: 1:22-cv-04840

Dear Judge Kugler,

      This firm represents the Plaintiffs in the above captioned matter. Please accept this letter as our request to file a Sur-Reply to Defendants' Reply Brief by January 30, 2023, the length of which would not exceed 8 pages. Its subject would be to address arguments in the Defendants' Reply Brief that were not fully articulated in their two Notices of Motion. Thank you for your courtesies and consideration.

                                Respectfully Submitted,
                                **KATES NUSSMAN ELLIS**
                                **FARHI & EARLE, LLP**

                                <u>s/ Michael Farhi</u>
                                **Michael Farhi**