

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929

January 18, 2023

*Sent via Electronic Filing only*

Honorable Robert B. Kugler
United States District Court, District of New Jersey
Mitchell H. Cohen Building and United States Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ  08101

>Re:   Lento, et al. v. Altman, et al.
>      Case No. 1:22-cv-04840

Dear Judge Kugler,

On today's date, Plaintiffs filed a letter request for a sur reply. (ECF No. 36 PageId.570).  Defendants respectfully object to this request.  Plaintiffs failed to meet and confer.  Additionally, this Circuit has ruled on the precedent and requirements of requesting a sur reply.  Plaintiffs did not explain in particular what statements needed to be addressed in Plaintiffs' sur-reply or why. *See Popovitch & Popovitch, LLC v. Evanston Ins. Co.*, No. 07-2225, 2009 U.S. Dist. LEXIS 72803, 2009 WL 2568090, at *5 (D.N.J. Aug. 17, 2009).  Plaintiffs did not include a brief with their motion in support of filing the sur-reply (or statement that no brief is necessary). *See Smith v. Trusted Universal Standards In Electronic Transactions, Inc.*, No. 09-4567, 2010 U.S. Dist. LEXIS 43360, 2010 WL 1799456, at *2 (D.N.J. May 4, 2010).  Since Plaintiffs failed to provide the Court with the particular reasons why a sur-reply was needed, Plaintiffs' letter request should be denied. *Kleinberg v. Clements*, Civil Action No. 09-4924 (NLH), 2012 U.S. Dist. LEXIS 40590, at *32-33 (D.N.J. Mar. 23, 2012).

Respectfully,

/s/ Solomon M. Radner

Solomon M. Radner

1