UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                               Proceeding Date: February 22, 2024

MAGISTRATE JUDGE ELIZABETH A. PASCAL

Court Reporter: ECR

**Title of Case: Docket:**                                   Civil 22-4840 (RBK)
LENTO et al
v.
ALTMAN et al

**Appearances:**
Sandra Barsoum, Esq. for Plaintiff
Keith Altman, Esq. for Defendant
Lori Crusselle, Paralegal for Keith Altman by telephone
Solomon Radner, Esq. for Defendant by telephone

**Nature of Proceedings:**
In-person Discovery Dispute/Status Conference held on the record.
Oral argument held.

**Disposition:**
An order shall issue.

Time Commenced: 11:49 am      Time Adjourned: 1:27 pm

Total Time: 1 hour 38 Minutes

                                                            s/ Benjamin Appel
                                                            DEPUTY CLERK

Cc: Chambers