UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: March 22, 2024

MAGISTRATE JUDGE ELIZABETH A. PASCAL

Court Reporter: TEAMS VIDEO

**Title of Case: Docket:**                                                          Civil 22-4840 (RBK)
LENTO et al
v.
ALTMAN et al

**Appearances:**
Michael Farhi, Esq. for Plaintiff
Sandra Barsoum, Esq. for Plaintiff
Keith Altman, Esq. for Defendant
Solomon Radner, Esq. for Defendant
Lori Crusselle, Paralegal for Keith Altman

**Nature of Proceedings:**
Teams Video Discovery Dispute held on the record.
Oral argument held.

**Disposition:**
An order shall issue.

Time Commenced: 10:09 am      Time Adjourned: 11:14 am

Total Time: 1 Hour 5 Minutes

                                                                  s/ Benjamin Appel
                                                                  DEPUTY CLERK

Cc: Chambers