### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JOSEPH D. LENTO, ESQ., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil No. 22-4840 (RBK/EAP) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| KEITH ALTMAN, ESQ., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court on Defendants Keith Altman, Esq., and the Law Office of Keith Altman, PLLC's (collectively, "Defendants") Motion for Issuance of Final Judgment (the "Motion"). (ECF No. 148); and

**THE COURT OBSERVING** that in an Order on April 10, 2024, the Court dismissed without prejudice the operative First Amended Complaint in this case on jurisdictional grounds. (ECF No. 146). The case was terminated the following day. (ECF No. 147); and

**THE COURT FINDING** that it lacks subject matter jurisdiction to rule on the Motion; therefore

**IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 148) is **DENIED**.


Dated:    April 29, 2024                                    /s/ Robert B. Kugler
                                                                     ROBERT B. KUGLER
                                                                     United States District Judge